IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT R. GRAY                                                    PLAINTIFF

V.                                         NO. 11-3110

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration            DEFENDANT

**J U D G M E N T**

 For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ and dismisses Plaintiff's complaint with prejudice. **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

 IT IS SO ORDERED AND ADJUDGED this 6th day of February, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)